In the Matter of Paul Merrick **HOLLISTER**,
Bankrupt-Appellant; Marion H. Wells,
Appellee.
No. 152.

Circuit Court of Appeals, Second Circuit.

Jan. 25, 1943.

Wise, Shepard, Houghton & Lebett, of
New York City (Charles A. Lebett, of
New York City, of counsel), for appellant.

John B. Doyle, of New York City (David W. Kahn, of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N.
HAND, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on the opinion below, D.
C., 47 F.Supp. 154.